UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 JUN -5 AM 9: 11

CLERK

BY_____
  DEPUTY CLERK

UNITED STATES OF AMERICA )
) No. 5:15-cr-78
v. )
)
)
MICHAEL JENKINS

INDICTMENT

The grand jury charges that:

COUNT 1

On or about November 13, 2013, in the District of Vermont, defendant MICHAEL JENKINS, having been previously convicted of an offense punishable by imprisonment of a term exceeding one year, specifically:

> Vermont Superior Court (Lamoille Criminal Division), Case No. 170-4-13: Unlawful Trespass of a Residence/Occupied, conviction date June 19, 2013

knowingly possessed in and affecting commerce a firearm, specifically a Mossberg, Model 500A, 12 gauge shotgun, serial number K694779.

(18 U.S.C. §§ 922(g)(1), 924(a)(2))

Forfeiture Notice – No. 2

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), the defendant, MICHAEL JENKINS shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense, including but not limited to:

Mossberg, Model 500A, 12 gauge shotgun, serial number K694779.

(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

A TRUE BILL

FOREPERSON

*Eugenia A. P. Cowles*
EUGENIA A.P. COWLES (KJD)
Acting United States Attorney
Burlington, Vermont
June 4, 2015